UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VICTOR MANUEL URQUIAGA,<br><br>         Petitioner,<br><br>v.<br><br>ROY L. HENDRICKS, et al.,<br><br>         Respondents. | Civ. No. 12-3268 (KSH)<br><br><u>**ORDER**</u> |

For the reasons expressed in the opinion filed herewith,

It is on this 25th day of October 2012, hereby

**ORDERED** that petitioner's application for a writ of habeas corpus (D.E. 1) is **denied**; and it is further

**ORDERED** that the temporary restraining order enjoining respondents from effectuating petitioner's final order of removal (D.E. 5) is **vacated**; and it is further

**ORDERED** that this action is **closed**.

                                                                            /s/ Katharine S. Hayden
                                                                           Katharine S. Hayden, U.S.D.J.